# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HABIBI,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　　　Defendant. | CASE NO. 08CV461 JLS (POR)<br><br>**ORDER (1) DENYING REQUEST TO PROCEED IN FORMA PAUPERIS and (2) DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>(Doc. Nos. 1 & 2) |

　　　Plaintiff, proceeding through counsel, has submitted a complaint for judicial review of a final decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). Plaintiff has also submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). According to plaintiff's application, she has not worked since March 2003. However, she has nearly $3,500 in checking and savings accounts combined. Furthermore, plaintiff owns the property at her address of record in Imperial Beach and is able to finance a 2007 Toyota Tacoma. Finally, plaintiff's application represents that her husband supports her.

　　　The Court finds that plaintiff's declaration of inability to pay costs or give security is insufficient to permit her to proceed in forma pauperis. (Civ. L.R. 3.2.)

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis is **DENIED** and the complaint is **DISMISSED** without prejudice. Pursuant to this order, however, plaintiff is granted 60 days leave to pay the $350 filing fee required to maintain this action pursuant

1  to 28 U.S.C. § 1914, or to submit additional documentation regarding her economic status.  **IF
2  PLAINTIFF CHOOSES TO FILE ADDITIONAL INFORMATION REGARDING HER
3  POVERTY, SHE MUST ATTACH A COPY OF THIS ORDER.**
4      IT IS SO ORDERED.

6  DATED: May 27, 2008

7                                   Honorable Janis L. Sammartino
8                                   United States District Judge