UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HABIBI,<br><br>                              Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                              Defendant. | Civil No.   08-cv-0461-JLS (POR)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On March 12, 2008, Plaintiff filed a complaint seeking judicial review of Defendant's denial of disability benefits under the Social Security Act. On September 11, 2008, Defendant filed her answer and relevant lodgments. On September 11, 2008, District Judge Janis L. Sammartino referred this matter to Magistrate Judge Louisa S Porter on a report and recommendation basis. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file and serve her motion for summary judgment on or before **November 10, 2008.**

2. Defendant shall file and serve her cross-motion for summary judgment and opposition on or before **December 8, 2008**.

3. Plaintiff shall file and serve her opposition to the cross-motion and reply to Defendant's opposition on or before **December 22, 2008**.

4. Defendant shall file any reply to Plaintiff's opposition on or before **December 29, 2008**.

5. The motions shall be scheduled for **January 9**, at **10:00 a.m.** The Court finds it appropriate for decision on the papers. At this time, no oral argument shall be required or heard.

**IT IS SO ORDERED.**

DATED: September 12, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: All parties
The Honorable Janis L. Sammartino